**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gilbert Burks Asher aka Gil Asher<br>Jane Windhorst Asher<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 18-11152 TPA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.

    Respectfully submitted,

    **/s/James C. Warmbrodt, Esquire**
    James C. Warmbrodt, Esquire
    Attorney I.D. No. 42524
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    412-430-3594
    jwarmbrodt@kmllawgroup.com