**Form RSC13**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 18−11152−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Gilbert Burks Asher
aka Gil Asher
6300 Meadowland Circle
Erie, PA 16509

Jane Windhorst Asher
6300 Meadowland Circle
Erie, PA 16509

Social Security No.:
xxx−xx−4501

xxx−xx−2007

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Kurt L. Sundberg
Marsh, Spaeder, Baur, Spaeder & Schaaf
300 State Street
Suite 300
Erie, PA 16507
Telephone number: 814−456−5301

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
January 29, 2019
03:00 PM
Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501

CONFIRMATION HEARING DATE/TIME/LOC
January 29, 2019
03:00 PM
Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 12/17/18

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Gilbert Burks Asher                                                      Case No. 18-11152-TPA
Jane Windhorst Asher                                                     Chapter 13
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: dkam            Page 1 of 2         Date Rcvd: Dec 17, 2018
                            Form ID: rsc13        Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2018.
db/jdb         +Gilbert Burks Asher,   Jane Windhorst Asher,   6300 Meadowland Circle,   Erie, PA 16509-8212
14944287        AMERICAN EXPRESS,   PO BOX 650448,   Dallas, TX 75265-0448
14944296        AMERICAN EXPRESS,   CUSTOMER RELATIONS  02-04-40,   4315 S 2700 W,
                 Salt Lake City, UT 84184-0440
14944289        CHASE - FREEDOM,   PO BOX 6294,   Carol Stream, IL 60197-6294
14944297       +CHASE CARD SERVICES,   ATTN; CORRESPONDENCE DEPARTMENT,   PO BOX 15298,
                 WILMINGTON, DE 19850-5298
14944298       +CITI BANK CUSTOMER SERVICE,   PO BOX 6500,   SIOUX FALLS, SD 57117-6500
14944290        CITI CARDS,   PO BOX 9001037,   Louisville, KY 40290-1037
14944299        DISCOVER,   Attn: Bankruptcy Dept.,   PO Box 742655,   Cincinnati, OH 45274-2655
14944293        QUICKEN LOANS INC.,   PO BOX 6577,   Carol Stream, IL 60197-6577
14944294       ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court: US BANK,   P.O. BOX 6352,   FARGO, ND 58125-6352)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 18 2018 03:13:48      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14944288        E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 18 2018 03:14:06
                 AMERICAN HONDA FINANCE CORPORATION,   P.O. Box 7829,   Philadelphia, PA 19101-7829
14950873        E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 18 2018 03:14:06
                 American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
                 Irving, TX 75016-8088
14944292        E-mail/Text: mrdiscen@discover.com Dec 18 2018 03:13:32      DISCOVER FINANCIAL SERVICES,
                 PO BOX 6103,   Carol Stream, IL 60197-6103
14944291        E-mail/Text: mrdiscen@discover.com Dec 18 2018 03:13:32      DISCOVER CARD,   PO BOX 30949,
                 SALY LAKE CITY, UT 84130
14947780        E-mail/Text: mrdiscen@discover.com Dec 18 2018 03:13:32      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14944300        E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 18 2018 03:14:06      HONDA FINANCIAL SERVICES,
                 PO BOX 6034,   NEWARK, DE 19714-6034
14950563       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2018 03:17:40
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14944301       +E-mail/Text: bankruptcyteam@quickenloans.com Dec 18 2018 03:14:11      QUICKEN LOAN,
                 1050 WOODWARD AVE.,   Detroit, MI 48226-1906
14954845       +E-mail/Text: bankruptcyteam@quickenloans.com Dec 18 2018 03:14:11      Quicken Loans Inc.,
                 635 Woodward Avenue,   Detroit, MI 48226-3408
                                                                                             TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14944302*      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court: US BANK,   PO BOX 790408,   ST. LOUIS, MO 63179-0408)
14944295*      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court: US BANK VISA,   P.O. BOX 6345,   FARGO, ND 58125-6345)
                                                                                 TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-1          User: dkam              Page 2 of 2              Date Rcvd: Dec 17, 2018
                              Form ID: rsc13          Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2018 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          Kurt L. Sundberg    on behalf of Debtor Gilbert Burks Asher jrizzo@marshspaeder.com,
           tsapper@marshspaeder.com;r48049@notify.bestcase.com
          Kurt L. Sundberg    on behalf of Joint Debtor Jane Windhorst Asher jrizzo@marshspaeder.com,
           tsapper@marshspaeder.com;r48049@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 5
```