Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Gilbert Burks Asher**
**aka Gil Asher**
**Jane Windhorst Asher**
   Debtor(s)

Bankruptcy Case No.: 18–11152–TPA
Per January 29, 2019 Proceeding
Chapter: 13
Docket No.: 22 – 9
Concil. Conf.: 7/9/19 at 11:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated November 6, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on 7/9/19 at 11:00 AM, in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H.   Additional Terms: 1) Quicken Loans, Inc. (Claim No. 3) to govern as to amount to be paid monthly in plan amount.

    2) American Honda Finance (Claim No. 2) to be paid the 36 month payments remaining at $322.63 per month.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: January 31, 2019

Thomas P. Agresti, Judge
United States Bankruptcy Court

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 18-11152-TPA
Gilbert Burks Asher                                                         Chapter 13
Jane Windhorst Asher
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 2         Date Rcvd: Jan 31, 2019
                              Form ID: 149            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2019.
```
db/jdb         +Gilbert Burks Asher,    Jane Windhorst Asher,    6300 Meadowland Circle,    Erie, PA 16509-8212
14944287        AMERICAN EXPRESS,    PO BOX 650448,    Dallas, TX 75265-0448
14944296        AMERICAN EXPRESS,    CUSTOMER RELATIONS 02-04-40,    4315 S 2700 W,
                 Salt Lake City, UT 84184-0440
14966946        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14944289        CHASE - FREEDOM,    PO BOX 6294,    Carol Stream, IL 60197-6294
14944297       +CHASE CARD SERVICES,    ATTN; CORRESPONDENCE DEPARTMENT,    PO BOX 15298,
                 WILMINGTON, DE 19850-5298
14944298       +CITI BANK CUSTOMER SERVICE,    PO BOX 6500,    SIOUX FALLS, SD 57117-6500
14944290        CITI CARDS,    PO BOX 9001037,    Louisville, KY 40290-1037
14978547       +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14944299        DISCOVER,    Attn: Bankruptcy Dept.,    PO Box 742655,    Cincinnati, OH 45274-2655
14944293        QUICKEN LOANS INC.,    PO BOX 6577,    Carol Stream, IL 60197-6577
14975102      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  U.S. Bank National Association,    Bankruptcy Department,
                 PO Box 108,    St. Louis MO 63166-0108)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14944288        E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 01 2019 02:45:27
                 AMERICAN HONDA FINANCE CORPORATION,    P.O. Box 7829,    Philadelphia, PA 19101-7829
14950873        E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 01 2019 02:45:27
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
14944292        E-mail/Text: mrdiscen@discover.com Feb 01 2019 02:44:30     DISCOVER FINANCIAL SERVICES,
                 PO BOX 6103,    Carol Stream, IL 60197-6103
14944291        E-mail/Text: mrdiscen@discover.com Feb 01 2019 02:44:30     DISCOVER CARD,    PO BOX 30949,
                 SALY LAKE CITY, UT 84130
14947780        E-mail/Text: mrdiscen@discover.com Feb 01 2019 02:44:30     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
14944300        E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 01 2019 02:45:27     HONDA FINANCIAL SERVICES,
                 PO BOX 6034,    NEWARK, DE 19714-6034
14950563       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2019 02:50:07
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14944301       +E-mail/Text: bankruptcyteam@quickenloans.com Feb 01 2019 02:45:40     QUICKEN LOAN,
                 1050 WOODWARD AVE.,    Detroit, MI 48226-1906
14954845       +E-mail/Text: bankruptcyteam@quickenloans.com Feb 01 2019 02:45:40     Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
14973674        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 01 2019 02:49:07     Verizon,
                  by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14976178*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  U.S. Bank National Association,    Bankruptcy Department,
                 PO Box 108,    St. Louis MO 63166-0108)
14944294*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  US BANK,    P.O. BOX 6352,    FARGO, ND 58125-6352)
14944302*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  US BANK,    PO BOX 790408,    ST. LOUIS, MO 63179-0408)
14944295*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  US BANK VISA,    P.O. BOX 6345,    FARGO, ND 58125-6345)
                                                                                TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1           User: jmar                  Page 2 of 2            Date Rcvd: Jan 31, 2019
                               Form ID: 149                Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2019 at the address(es) listed below:
              James  Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Kurt L. Sundberg     on behalf of Debtor Gilbert Burks Asher jrizzo@marshspaeder.com,
               tsapper@marshspaeder.com;r48049@notify.bestcase.com
              Kurt L. Sundberg     on behalf of Joint Debtor Jane Windhorst Asher jrizzo@marshspaeder.com,
               tsapper@marshspaeder.com;r48049@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```