IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-11152-JCM |
| GILBERT BURKS ASHER | : | |
| JANE WINDHORST ASHER | : | |
|     Debtors | : | |
| | : | Chapter 13 |
| GILBERT BURKS ASHER | : | |
| JANE WINDHORST ASHER | : | |
|     Movants | : | |
| | : | |
|     v. | : | |
| | : | |
| No Respondents | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On February 1, 2019, at docket numbers 23 and 24, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: September 18, 2023        By:    /s/ Kurt L. Sundberg
                                        Signature
                                        Kurt L. Sundberg, Esq.
                                        300 State St., Suite 300
                                        Erie, PA 16507
                                        ksundberg@marshlaw.com
                                        814/456-5301
                                        PA ID No. 56844

**PAWB Local Form 24 (07/13)**