**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **GILBERT BURKS ASHER** |
| Debtor 2 (Spouse, if filing) | **JANE WINDHORST ASHER** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **18-11152JCM** |

Form 4100N

# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

| | |
|---|---|
| **Name of creditor:** | LAKEVIEW LOAN SERVICING LLC |
| **Court claim no.** (if known): | 3 |
| **Last 4 digits** of any number you use to identify the debtor's account | 1 3 9 9 |
| **Property Address:** | 6300 MEADOWLAND CIRCLE<br>ERIE PA 16509 |

## Part 2: Cure Amount

**Total cure disbursments made by the trustee:** — Amount

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ | 1.96 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 1.96 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 1.96 |

## Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.

Current monthly mortgage payment $ $1,323.98

The next postpetition payment is due on 11 / 1 / 2023
MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **GILBERT BURKS ASHER** | Case number *(if known)* | **18-11152JCM** |
|---|---|---|---|
| | Name | | |

## Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/ Ronda J. Winnecour
Signature

Date  10/04/2023

Trustee  Ronda J. Winnecour

Address  CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219

Contact phone  (412) 471-5566          Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | GILBERT BURKS ASHER | Case number *(if known)* | 18-11152JCM |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 03/25/2019 | 1113376 | QUICKEN LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 1.96 |
| | | | | 1.96 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 03/25/2019 | 1113376 | QUICKEN LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 6,542.05 |
| 04/26/2019 | 1116696 | QUICKEN LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 1,308.41 |
| 05/24/2019 | 1120084 | QUICKEN LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 1,308.41 |
| 06/25/2019 | 1123498 | QUICKEN LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 1,308.41 |
| 07/29/2019 | 1126935 | QUICKEN LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 1,308.41 |
| 08/27/2019 | 1130420 | QUICKEN LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 1,308.41 |
| 09/24/2019 | 1133676 | QUICKEN LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 1,308.41 |
| 10/24/2019 | 1137058 | QUICKEN LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 1,308.41 |
| 11/25/2019 | 1140511 | QUICKEN LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 1,305.12 |
| 12/23/2019 | 1143909 | QUICKEN LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 1,305.12 |
| 01/28/2020 | 1147372 | QUICKEN LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 1,305.12 |
| 02/25/2020 | 1150275 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,305.12 |
| 03/23/2020 | 1153758 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,305.12 |
| 04/27/2020 | 1157218 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,305.12 |
| 05/26/2020 | 1160557 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,305.12 |
| 06/26/2020 | 1163690 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,305.12 |
| 07/29/2020 | 1166817 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,305.12 |
| 08/25/2020 | 1169891 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,305.12 |
| 09/28/2020 | 1172979 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,305.12 |
| 10/26/2020 | 1176067 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,305.12 |
| 11/24/2020 | 1179145 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,305.12 |
| 12/21/2020 | 1182100 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,305.12 |
| 01/25/2021 | 1185064 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,369.14 |
| 02/22/2021 | 1188180 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,326.46 |
| 03/26/2021 | 1191464 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,326.46 |
| 04/26/2021 | 1194727 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,326.46 |
| 05/25/2021 | 1197865 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,326.46 |
| 06/25/2021 | 1201043 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,326.46 |
| 07/26/2021 | 1204253 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,326.46 |
| 08/26/2021 | 1207376 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,326.46 |
| 09/24/2021 | 1210497 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,326.46 |
| 10/25/2021 | 1213574 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,326.46 |
| 11/22/2021 | 1216613 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,330.53 |
| 12/23/2021 | 1219670 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,330.53 |
| 01/26/2022 | 1222742 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,330.53 |
| 02/23/2022 | 1225636 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,330.53 |
| 03/25/2022 | 1228582 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,330.53 |
| 04/26/2022 | 1231604 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,330.53 |
| 05/25/2022 | 1234637 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,330.53 |
| 06/27/2022 | 1237662 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,330.53 |
| 07/26/2022 | 1240615 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,330.53 |
| 08/24/2022 | 1243515 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,330.53 |
| 09/27/2022 | 1246378 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,330.53 |
| 10/25/2022 | 1249209 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,330.53 |
| 11/23/2022 | 1251986 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,330.53 |
| 12/22/2022 | 1254756 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,330.53 |
| 01/26/2023 | 1257483 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,330.53 |
| 02/23/2023 | 1260112 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,330.53 |
| 03/28/2023 | 1262875 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,330.53 |
| 04/25/2023 | 1265697 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,330.53 |
| 05/25/2023 | 1268547 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,330.53 |
| 06/26/2023 | 1271447 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,330.53 |
| 07/25/2023 | 1274224 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,330.53 |
| 08/25/2023 | 1276994 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,330.53 |
| 09/26/2023 | 1279752 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,258.48 |
| | | | | 77,810.02 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

GILBERT BURKS ASHER
JANE WINDHORST ASHER
6300 MEADOWLAND CIRCLE
ERIE, PA  16509

KURT L SUNDBERG ESQ
MARSH SPAEDER ET AL
300 STATE ST STE 300
ERIE, PA  16507

LAKEVIEW LOAN SERVICING LLC
C/O FLAGSTAR BANK FSB
ATTN BANKRUPTCY DEPT
5151 CORPORATE DR
TROY, MI  48098-2639

BRIAN C NICHOLAS ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


10/4/23                                                      /s/ Roberta Saunier
                                                             Administrative Assistant
                                                             Office of the Chapter 13 Trustee