Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Gilbert Burks Asher** | : | Case No. 18−11152−JCM |
| aka Gil Asher | : | Chapter: 13 |
| **Jane Windhorst Asher** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 48 |
| | : | |
| v. | : | Hearing Date: 12/20/23 at 03:00 PM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

    *AND NOW,* this *The 26th of October, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 48 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  **On or before December 11, 2023**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 OR U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on **December 20, 2023 at 03:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Gilbert Burks Asher  
Jane Windhorst Asher  
    Debtors

Case No. 18-11152-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Oct 26, 2023      Form ID: 300b      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gilbert Burks Asher, Jane Windhorst Asher, 6300 Meadowland Circle, Erie, PA 16509-8212 |
| 14944299 | | DISCOVER, Attn: Bankruptcy Dept., PO Box 742655, Cincinnati, OH 45274-2655 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14944287 | | Email/PDF: bncnotices@becket-lee.com | Oct 27 2023 00:28:05 | AMERICAN EXPRESS, PO BOX 650448, Dallas, TX 75265-0448 |
| 14950873 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 27 2023 00:21:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14944288 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 27 2023 00:21:00 | AMERICAN HONDA FINANCE CORPORATION, P.O. Box 7829, Philadelphia, PA 19101-7829 |
| 14966946 | | Email/PDF: bncnotices@becket-lee.com | Oct 27 2023 00:28:36 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14944298 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2023 01:00:57 | CITI BANK CUSTOMER SERVICE, PO BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 14944290 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2023 00:44:09 | CITI CARDS, PO BOX 9001037, Louisville, KY 40290-1037 |
| 14978547 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2023 00:28:34 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14944292 | | Email/Text: mrdiscen@discover.com | Oct 27 2023 00:19:00 | DISCOVER FINANCIAL SERVICES, PO BOX 6103, Carol Stream, IL 60197-6103 |
| 14944291 | | Email/Text: mrdiscen@discover.com | Oct 27 2023 00:19:00 | DISCOVER CARD, PO BOX 30949, SALY LAKE CITY, UT 84130 |
| 14947780 | | Email/Text: mrdiscen@discover.com | Oct 27 2023 00:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14944300 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 27 2023 00:21:00 | HONDA FINANCIAL SERVICES, PO BOX 6034, NEWARK, DE 19714-6034 |
| 14944289 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2023 00:43:18 | CHASE - FREEDOM, PO BOX 6294, Carol Stream, IL 60197-6294 |
| 14944297 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2023 01:03:18 | CHASE CARD SERVICES, ATTN; CORRESPONDENCE DEPARTMENT, PO BOX |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 15298, WILMINGTON, DE 19850 |
| 15191715 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Oct 27 2023 00:20:00 | LAKEVIEW LOAN SERVICING, LLC, C/O Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14950563 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 27 2023 00:28:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14944301 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 27 2023 00:21:00 | QUICKEN LOAN, 1050 WOODWARD AVE., Detroit, MI 48226-3573 |
| 14944293 | | Email/Text: bankruptcyteam@quickenloans.com | Oct 27 2023 00:21:00 | QUICKEN LOANS INC., PO BOX 6577, Carol Stream, IL 60197-6577 |
| 14954845 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 27 2023 00:21:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14975102 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 27 2023 00:21:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14944294 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 27 2023 00:21:00 | US BANK, P.O. BOX 6352, FARGO, ND 58125-6352 |
| 14944302 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 27 2023 00:21:00 | US BANK, PO BOX 790408, ST. LOUIS, MO 63179-0408 |
| 14944295 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 27 2023 00:21:00 | US BANK VISA, P.O. BOX 6345, FARGO, ND 58125-6345 |
| 14973674 | | Email/PDF: ebn_ais@aisinfo.com | Oct 27 2023 00:28:08 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| cr | | Quicken Loans Inc. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14976178 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14944296 | ##+ | AMERICAN EXPRESS, CUSTOMER RELATIONS 02-04-40, 4315 S 2700 W, Salt Lake City, UT 84129-2127 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2023 | Form ID: 300b | Total Noticed: 25 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Kurt L. Sundberg | on behalf of Debtor Gilbert Burks Asher jrizzo@marshspaeder.com  tsapper@marshlaw.com;r48049@notify.bestcase.com |
| Kurt L. Sundberg | on behalf of Joint Debtor Jane Windhorst Asher jrizzo@marshspaeder.com  tsapper@marshlaw.com;r48049@notify.bestcase.com |
| Maria Miksich | on behalf of Creditor LakeView Loan Servicing  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8