**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GILBERT BURKS ASHER<br>JANE WINDHORST ASHER<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:18-11152<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/05/2018 and confirmed on 1/31/19 . The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | | | |
|---|---:|---:|---:|---:|
| Total Receipts | | | | 225,620.00 |
| Less Refunds to Debtor | | 6,197.80 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 219,422.20 |
| Administrative Fees | | | | |
|   Filing Fee | | 0.00 | | |
|   Notice Fee | | 0.00 | | |
|   Attorney Fee | | 4,000.00 | | |
|   Trustee Fee | | 10,460.21 | | |
|   Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 14,460.21 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 77,810.02 | 0.00 | 77,810.02 |
|     Acct: 1399 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 1.96 | 1.96 | 0.00 | 1.96 |
|     Acct: 1399 | | | | |
| | | | | 77,811.98 |
| **Priority** | | | | |
|   KURT L SUNDBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GILBERT BURKS ASHER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GILBERT BURKS ASHER | 6,197.80 | 6,197.80 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARSH SPAEDER ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KURT L SUNDBERG ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMERICAN HONDA FINANCE CORP* | 10,324.16 | 10,324.16 | 0.00 | 10,324.16 |
|     Acct: 5609 | | | | |
|   AMERICAN HONDA FINANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5609 | | | | |
| | | | | 10,324.16 |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 21,186.54 | 21,186.54 | 0.00 | 21,186.54 |
|     Acct: 1008 | | | | |
|   CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CITIBANK NA** | 31,514.08 | 31,514.08 | 0.00 | 31,514.08 |
|     Acct: 9836 | | | | |
|   DISCOVER BANK(*) | 19,308.74 | 19,308.74 | 0.00 | 19,308.74 |
|     Acct: 4646 | | | | |
|   US BANK/SCSR FIRSTAR BANK | 20,688.68 | 20,688.68 | 0.00 | 20,688.68 |
|     Acct: 1266 | | | | |
|   US BANK/SCSR FIRSTAR BANK | 23,701.88 | 23,701.88 | 0.00 | 23,701.88 |

18-11152                                                                                           Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 0492 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 425.93 | 425.93 | 0.00 | 425.93 |
| | Acct: 0001 | | | | |
| | AMERICAN HONDA FINANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1498 | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 116,825.85 |

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 204,961.99 |

TOTAL CLAIMED
PRIORITY         10,324.16
SECURED               1.96
UNSECURED      116,825.85

Date: 10/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   GILBERT BURKS ASHER
   JANE WINDHORST ASHER
       Debtor(s)

Ronda J. Winnecour
       Movant
      vs.
No Repondents.

Case No.:18-11152

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Gilbert Burks Asher  
Jane Windhorst Asher  
    Debtors

Case No. 18-11152-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Oct 26, 2023      Form ID: pdf900      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gilbert Burks Asher, Jane Windhorst Asher, 6300 Meadowland Circle, Erie, PA 16509-8212 |
| 14944299 | | DISCOVER, Attn: Bankruptcy Dept., PO Box 742655, Cincinnati, OH 45274-2655 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14944287 | | Email/PDF: bncnotices@becket-lee.com | Oct 27 2023 00:28:05 | AMERICAN EXPRESS, PO BOX 650448, Dallas, TX 75265-0448 |
| 14950873 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 27 2023 00:21:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14944288 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 27 2023 00:21:00 | AMERICAN HONDA FINANCE CORPORATION, P.O. Box 7829, Philadelphia, PA 19101-7829 |
| 14966946 | | Email/PDF: bncnotices@becket-lee.com | Oct 27 2023 00:28:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14944298 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2023 00:28:24 | CITI BANK CUSTOMER SERVICE, PO BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 14944290 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2023 00:43:51 | CITI CARDS, PO BOX 9001037, Louisville, KY 40290-1037 |
| 14978547 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2023 00:28:38 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14944292 | | Email/Text: mrdiscen@discover.com | Oct 27 2023 00:19:00 | DISCOVER FINANCIAL SERVICES, PO BOX 6103, Carol Stream, IL 60197-6103 |
| 14944291 | | Email/Text: mrdiscen@discover.com | Oct 27 2023 00:19:00 | DISCOVER CARD, PO BOX 30949, SALY LAKE CITY, UT 84130 |
| 14947780 | | Email/Text: mrdiscen@discover.com | Oct 27 2023 00:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14944300 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 27 2023 00:21:00 | HONDA FINANCIAL SERVICES, PO BOX 6034, NEWARK, DE 19714-6034 |
| 14944289 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2023 01:00:55 | CHASE - FREEDOM, PO BOX 6294, Carol Stream, IL 60197-6294 |
| 14944297 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2023 01:03:17 | CHASE CARD SERVICES, ATTN; CORRESPONDENCE DEPARTMENT, PO BOX |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 15298, WILMINGTON, DE 19850 |
| 15191715 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Oct 27 2023 00:20:00 | LAKEVIEW LOAN SERVICING, LLC, C/O Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14950563 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 27 2023 00:43:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14944301 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 27 2023 00:21:00 | QUICKEN LOAN, 1050 WOODWARD AVE., Detroit, MI 48226-3573 |
| 14944293 | | Email/Text: bankruptcyteam@quickenloans.com | Oct 27 2023 00:21:00 | QUICKEN LOANS INC., PO BOX 6577, Carol Stream, IL 60197-6577 |
| 14954845 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 27 2023 00:21:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14975102 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 27 2023 00:21:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14944294 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 27 2023 00:21:00 | US BANK, P.O. BOX 6352, FARGO, ND 58125-6352 |
| 14944302 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 27 2023 00:21:00 | US BANK, PO BOX 790408, ST. LOUIS, MO 63179-0408 |
| 14944295 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 27 2023 00:21:00 | US BANK VISA, P.O. BOX 6345, FARGO, ND 58125-6345 |
| 14973674 | | Email/PDF: ebn_ais@aisinfo.com | Oct 27 2023 01:24:08 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| cr | | Quicken Loans Inc. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14976178 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14944296 | ##+ | AMERICAN EXPRESS, CUSTOMER RELATIONS 02-04-40, 4315 S 2700 W, Salt Lake City, UT 84129-2127 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Oct 26, 2023 | Form ID: pdf900 | Total Noticed: 25 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Kurt L. Sundberg | on behalf of Debtor Gilbert Burks Asher jrizzo@marshspaeder.com  tsapper@marshlaw.com;r48049@notify.bestcase.com |
| Kurt L. Sundberg | on behalf of Joint Debtor Jane Windhorst Asher jrizzo@marshspaeder.com  tsapper@marshlaw.com;r48049@notify.bestcase.com |
| Maria Miksich | on behalf of Creditor LakeView Loan Servicing  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8