| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Gilbert Burks Asher<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–4501<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jane Windhorst Asher<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–2007<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  18–11152–JCM | | |

## Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gilbert Burks Asher                              Jane Windhorst Asher
aka Gil Asher

12/12/23                                         **By the court:** John C Melaragno
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Gilbert Burks Asher  
Jane Windhorst Asher  
    Debtors

Case No. 18-11152-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Dec 12, 2023      Form ID: 3180W      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gilbert Burks Asher, Jane Windhorst Asher, 6300 Meadowland Circle, Erie, PA 16509-8212 |
| 14944299 | | DISCOVER, Attn: Bankruptcy Dept., PO Box 742655, Cincinnati, OH 45274-2655 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 13 2023 04:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2023 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 13 2023 04:56:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2023 00:09:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14944287 | | Email/PDF: bncnotices@becket-lee.com | Dec 13 2023 00:16:23 | AMERICAN EXPRESS, PO BOX 650448, Dallas, TX 75265-0448 |
| 14944288 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 13 2023 00:10:00 | AMERICAN HONDA FINANCE CORPORATION, P.O. Box 7829, Philadelphia, PA 19101-7829 |
| 14950873 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 13 2023 00:10:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14966946 | | Email/PDF: bncnotices@becket-lee.com | Dec 13 2023 00:31:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14944298 | + | EDI: CITICORP | Dec 13 2023 04:56:00 | CITI BANK CUSTOMER SERVICE, PO BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 14944290 | | EDI: CITICORP | Dec 13 2023 04:56:00 | CITI CARDS, PO BOX 9001037, Louisville, KY 40290-1037 |
| 14978547 | + | EDI: CITICORP | Dec 13 2023 04:56:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 12, 2023 | Form ID: 3180W | Total Noticed: 27 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14944292 | | EDI: DISCOVER | Dec 13 2023 04:56:00 | DISCOVER FINANCIAL SERVICES, PO BOX 6103, Carol Stream, IL 60197-6103 |
| 14944291 | | EDI: DISCOVER | Dec 13 2023 04:56:00 | DISCOVER CARD, PO BOX 30949, SALY LAKE CITY, UT 84130 |
| 14947780 | | EDI: DISCOVER | Dec 13 2023 04:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14944300 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 13 2023 00:10:00 | HONDA FINANCIAL SERVICES, PO BOX 6034, NEWARK, DE 19714-6034 |
| 14944289 | | EDI: JPMORGANCHASE | Dec 13 2023 04:56:00 | CHASE - FREEDOM, PO BOX 6294, Carol Stream, IL 60197-6294 |
| 14944297 | | EDI: JPMORGANCHASE | Dec 13 2023 04:56:00 | CHASE CARD SERVICES, ATTN; CORRESPONDENCE DEPARTMENT, PO BOX 15298, WILMINGTON, DE 19850 |
| 15191715 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Dec 13 2023 00:09:00 | LAKEVIEW LOAN SERVICING, LLC, C/O Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14950563 | + | EDI: RECOVERYCORP.COM | Dec 13 2023 04:56:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14944301 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 13 2023 00:10:00 | QUICKEN LOAN, 1050 WOODWARD AVE., Detroit, MI 48226-3573 |
| 14944293 | | Email/Text: bankruptcyteam@quickenloans.com | Dec 13 2023 00:10:00 | QUICKEN LOANS INC., PO BOX 6577, Carol Stream, IL 60197-6577 |
| 14954845 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 13 2023 00:10:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14975102 | | EDI: USBANKARS.COM | Dec 13 2023 04:56:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14944294 | | EDI: USBANKARS.COM | Dec 13 2023 04:56:00 | US BANK, P.O. BOX 6352, FARGO, ND 58125-6352 |
| 14944302 | | EDI: USBANKARS.COM | Dec 13 2023 04:56:00 | US BANK, PO BOX 790408, ST. LOUIS, MO 63179-0408 |
| 14944295 | | EDI: USBANKARS.COM | Dec 13 2023 04:56:00 | US BANK VISA, P.O. BOX 6345, FARGO, ND 58125-6345 |
| 14973674 | | EDI: AIS.COM | Dec 13 2023 04:56:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| cr | | Quicken Loans Inc. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14976178 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14944296 | ##+ | AMERICAN EXPRESS, CUSTOMER RELATIONS 02-04-40, 4315 S 2700 W, Salt Lake City, UT 84129-2127 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 12, 2023 | Form ID: 3180W | Total Noticed: 27 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2023          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:**

**Name**           **Email Address**

Brian Nicholas
                   on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com

Brian Nicholas
                   on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com

Denise Carlon
                   on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com

Kurt L. Sundberg
                   on behalf of Debtor Gilbert Burks Asher jrizzo@marshspaeder.com  tsapper@marshlaw.com;r48049@notify.bestcase.com

Kurt L. Sundberg
                   on behalf of Joint Debtor Jane Windhorst Asher jrizzo@marshspaeder.com  tsapper@marshlaw.com;r48049@notify.bestcase.com

Maria Miksich
                   on behalf of Creditor LakeView Loan Servicing  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
                   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                   cmecf@chapter13trusteewdpa.com

TOTAL: 8