# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>GILBERT BURKS ASHER<br>JANE WINDHORST ASHER<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>      Movant<br>      vs.<br>No Repondents. | Case No.:18-11152<br><br>Chapter 13<br><br>Document No.: 48 |

## ORDER OF COURT

AND NOW, this ___12th___ day of ___December___, 20_23_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jlm
U.S. BANKRUPTCY JUDGE

SIGNED
12/12/23 10:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 18-11152-JCM
Gilbert Burks Asher   Chapter 13
Jane Windhorst Asher
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1  User: auto  Page 1 of 3
Date Rcvd: Dec 12, 2023  Form ID: pdf900  Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gilbert Burks Asher, Jane Windhorst Asher, 6300 Meadowland Circle, Erie, PA 16509-8212 |
| 14944299 | | DISCOVER, Attn: Bankruptcy Dept., PO Box 742655, Cincinnati, OH 45274-2655 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14944287 | | Email/PDF: bncnotices@becket-lee.com | Dec 13 2023 00:16:50 | AMERICAN EXPRESS, PO BOX 650448, Dallas, TX 75265-0448 |
| 14950873 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 13 2023 00:10:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14944288 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 13 2023 00:10:00 | AMERICAN HONDA FINANCE CORPORATION, P.O. Box 7829, Philadelphia, PA 19101-7829 |
| 14966946 | | Email/PDF: bncnotices@becket-lee.com | Dec 13 2023 00:15:50 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14944298 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2023 00:16:29 | CITI BANK CUSTOMER SERVICE, PO BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 14944290 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2023 00:16:49 | CITI CARDS, PO BOX 9001037, Louisville, KY 40290-1037 |
| 14978547 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2023 00:16:49 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14944292 | | Email/Text: mrdiscen@discover.com | Dec 13 2023 00:08:00 | DISCOVER FINANCIAL SERVICES, PO BOX 6103, Carol Stream, IL 60197-6103 |
| 14944291 | | Email/Text: mrdiscen@discover.com | Dec 13 2023 00:08:00 | DISCOVER CARD, PO BOX 30949, SALY LAKE CITY, UT 84130 |
| 14947780 | | Email/Text: mrdiscen@discover.com | Dec 13 2023 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14944300 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 13 2023 00:10:00 | HONDA FINANCIAL SERVICES, PO BOX 6034, NEWARK, DE 19714-6034 |
| 14944289 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 13 2023 00:16:20 | CHASE - FREEDOM, PO BOX 6294, Carol Stream, IL 60197-6294 |
| 14944297 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 13 2023 00:31:35 | CHASE CARD SERVICES, ATTN; CORRESPONDENCE DEPARTMENT, PO BOX |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 12, 2023 | Form ID: pdf900 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | | 15298, WILMINGTON, DE 19850 |
| 15191715 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | | |
| | | | Dec 13 2023 00:09:00 | LAKEVIEW LOAN SERVICING, LLC, C/O Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14950563 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Dec 13 2023 00:16:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14944301 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Dec 13 2023 00:10:00 | QUICKEN LOAN, 1050 WOODWARD AVE., Detroit, MI 48226-3573 |
| 14944293 | | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Dec 13 2023 00:10:00 | QUICKEN LOANS INC., PO BOX 6577, Carol Stream, IL 60197-6577 |
| 14954845 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Dec 13 2023 00:10:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14975102 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | Dec 13 2023 00:10:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14944294 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | Dec 13 2023 00:10:00 | US BANK, P.O. BOX 6352, FARGO, ND 58125-6352 |
| 14944302 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | Dec 13 2023 00:10:00 | US BANK, PO BOX 790408, ST. LOUIS, MO 63179-0408 |
| 14944295 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | Dec 13 2023 00:10:00 | US BANK VISA, P.O. BOX 6345, FARGO, ND 58125-6345 |
| 14973674 | | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Dec 13 2023 00:16:35 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| cr | | Quicken Loans Inc. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14976178 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14944296 | ##+ | AMERICAN EXPRESS, CUSTOMER RELATIONS 02-04-40, 4315 S 2700 W, Salt Lake City, UT 84129-2127 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 12, 2023 | Form ID: pdf900 | Total Noticed: 25 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Kurt L. Sundberg | on behalf of Debtor Gilbert Burks Asher jrizzo@marshspaeder.com  tsapper@marshlaw.com;r48049@notify.bestcase.com |
| Kurt L. Sundberg | on behalf of Joint Debtor Jane Windhorst Asher jrizzo@marshspaeder.com  tsapper@marshlaw.com;r48049@notify.bestcase.com |
| Maria Miksich | on behalf of Creditor LakeView Loan Servicing  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8